IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CLOSEOUT GROUP!, INC., | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
|     v. | : | |
| | : | |
| VENATOR ELECTRONICS SALES AND | : | |
| SERVICE, LTD. | : | |
| and | : | |
| CHRISTOPHER PAUL-DUDDY, | : | No. 07-5292 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **6th** day of **August, 2009**, upon consideration of Defendant's Notice of Motion and Plaintiff's response thereto, and for the reasons discussed in the Court's August 6, 2009 Memorandum, it is hereby **ORDERED** that Defendant's motion (Document No. 11) is **DENIED**.

BY THE COURT:

_____
Berle M. Schiller, J.